IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THOMAS DUNN                                                                                               PLAINTIFF

V.                                        CASE NO. 08-CV-4115

SAM RANDALL HARRIS,
Agent, Federal Bureau of Investigation;
ALLEN J. WINCHELL; and
SHERRY WINCHELL                                                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 5, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). Judge Bryant recommends that the Court grant Plaintiff's Motion to Dismiss (Doc. 6). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion to Dismiss (Doc. 6) is hereby **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of January, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge